UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| RICHARD F. STICKNEY, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) 2:24-cv-00448-SDN |
| AMANDA HALL, MHRT-CSD, et al., | ) ) ) |
| Defendants. | ) |

**ORDER AFTER RECOMMENDED DECISION**

On January 23, 2025, the Magistrate Judge filed with the Court, with a copy to Plaintiff, his Recommended Decision After Review of Complaint (ECF No. 4), recommending the Court dismiss Plaintiff's complaint for lack of jurisdiction. In his objections to the recommended decision (ECF No. 5), Plaintiff requested leave to amend his complaint to address the pleading deficiencies identified by the Magistrate Judge. The Court will grant Plaintiff's request for leave to amend. Plaintiff must file an amended complaint with the Court that pleads actionable claims within this Court's jurisdiction within fourteen days of this Order. Accordingly, Plaintiff's objections (ECF No. 5) are GRANTED IN PART. The Recommended Decision After Review of Complaint (ECF No. 4) is OVERRULED AS MOOT.

**SO ORDERED.**

Dated this 10th day of June, 2025.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**